# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

**Halil Demir, an individual**

    Plaintiff(s),

VS.

**Transportation Security Administration**

    Defendant(s).

Attorney: Christina A. Jump

Muslim Legal Fund of America
100 N. Central Expy, Suite 1010
Richardson TX 75080


*337898*

**Case Number: 25-1875**

Legal documents received on **06/16/2025** at **4:17 PM** to be served upon **Transportation Security Administration, by serving Jeanine F. Pirro, U.S. Attorney for the District of Columbia at United States Attorney's Office - 601 D Street NW, Washington, DC 20579**

I, **Jade Fox**, swear and affirm that on **June 17, 2025** at **11:12 AM**, I did the following:

Served **Transportation Security Administration, by serving Jeanine F. Pirro, U.S. Attorney for the District of Columbia** by delivering a conformed copy of the **Summons in a Civil Action; Plaintiff's Complaint for Declaratory and Injunctive Relief; Notice of Right to Consent to Trial before a United States of Columbia, Notice, Consent, and Reference of a Civil Action to Magistrate Judge** to **Milton Pettus** as **Legal Administrative Specialist & Authorized Agent** of **Transportation Security Administration, by serving Jeanine F. Pirro, U.S. Attorney for the District of Columbia** at **United States Attorney's Office - 601 D Street NW, Washington, DC 20579**.

**Description of Person Accepting Service:**
Sex: Male Age: 40-50 Height: Sitting Weight: 161-200 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 6-18-25

*Jade Fox* (signature)

**Jade Fox**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:337898

